IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RHONDA McCAIN                                                               PLAINTIFF

v.                          NO. 3:04CV00189 JWC

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                     DEFENDANT

## JUDGMENT

Pursuant to the Court's Memorandum and Order filed in this matter this date, judgment is hereby entered reversing and remanding the Commissioner's decision for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and Melkonyan v. Sullivan, 501 U.S. 89 (1991).

IT IS SO ORDERED this 14th day of July, 2005.

_____
UNITED STATES MAGISTRATE JUDGE